## L & M INVESTMENT CO v CUTLER et

Ohio Supreme Court

No 22996. Decided March 9, 1932

Marshall, CJ, Matthias, Day, Allen and Kinkade, JJ, concur. Stephenson, J, not participating.

Full opinion will be published later. Watch **Omnibus Index.**